In the Matter of BERNARD G. WALPIN, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 18, 1950; decided August 18, 1950.

*Stanley Goldstein* for appellant.

*John L. Flynn, Sidney A. Fine* and *Joseph A. Brust* for respondent.

*John P. McGrath, Corporation Counsel (Thomas W. A. Crowe* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. Taking no part: DYE, J.